UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY DEJOIE,

                Plaintiff,

-against-                                      21 **CIVIL** 6653 (NSR)(JCM)

                                                            **JUDGMENT**

ACTING COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2022, the R&R is adopted in its entirety. Plaintiff's motion for judgment on the pleadings is DENIED and Defendant's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 30, 2022

                                                          **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                    **BY:**      *K. Mango*

                                                              **Deputy Clerk**